UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MUNICIPAL COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COBB COUNTY, GEORGIA, *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO. 1:16-CV-852-TCB |

**STIPULATION SUPPLEMENTING RECORD MATERIALS**

**(EXHIBIT H)**

The parties hereby supplement the record materials from the County's proceedings on the special-land-use-permit application below to include **EXHIBIT H,** attached hereto and made a part hereof, which the parties agree is a true and correct copy of the "forms prescribed by the zoning division" described in Zoning Ordinance § 134-121(a)(1) (Ex. D at 8), in effect in 2015, for use in applying for special-land-use permits, including the zoning division's instructions for completing and submitting such applications.

So stipulated, September 28, 2017.

/s/ Scott E. Morris
Scott E. Morris
Georgia Bar No. 004782
smorris@hnzw.com
Holt Ney Zatcoff & Wasserman, LLP
100 Galleria Parkway, Suite 1800
Atlanta, GA 30339-5960
770-956-9600 (phone)
770-956-1490 (fax)
*Attorneys for Plaintiff*

/s/ Debra Blair
Debra Blair
Georgia Bar No. 361728
Deborah L. Dance
Georgia Bar No. 203765
Cobb County Attorney's Office
100 Cherokee Street, Suite 350
Marietta, GA 30090
*Attorneys for Defendants*

**CERTIFICATE OF TYPE SIZE AND STYLE**

I certify that the foregoing Stipulation Supplementing Record Materials (Exhibit H) was prepared and printed using 14-point Times New Roman font, a font and point selection approved by LR 5.1C, NDGa.

Dated September 28, 2017.

/s/ Scott E. Morris
Scott E. Morris
Georgia Bar No. 004782
smorris@hnzw.com
Holt Ney Zatcoff & Wasserman, LLP
100 Galleria Parkway, Suite 1800
Atlanta, GA 30339-5960
770-956-9600 (phone)
770-956-1490 (fax)
*Attorneys for Plaintiff*

# EXHIBIT H

Cobb County...Expect the Best!

# REQUIREMENTS FOR COMPLETING SPECIAL LAND USE PERMIT APPLICATION COBB COUNTY, GEORGIA

Application must be submitted in person to the Zoning Division, located at 1150 Powder Springs Street, Suite 400, Marietta, Georgia 30064, no later than **4:00 p.m. on the first Thursday of each month** (see attached schedule) in order to be considered for the next scheduled public hearing.

> EXAMPLE: A complete application filed by the first Thursday of March would be considered by the Planning Commission on the first Tuesday in May [unless otherwise scheduled] then by the Board of Commissioners on the third Tuesday in May [unless otherwise scheduled]. You are ***not*** required to wait until the first Thursday of each month to file an application.

**NOTE**: There will not be a filing date in the month of November for Special Land Use Applications. The first Thursday of December will be the cut off date for the February hearing. There will not be a Zoning Hearing in the month of January to hear Special Land Use Applications.

The following items are required for submitting an application for a Special Land Use Permit:

1. **Original** notarized signature of **titleholder(s)** and **applicant(s)** **and/or** **representative(s).**

2. If the **titleholder(s)** is a domestic or foreign corporation, then the following documentation shall also be required:

   Written authentication with the presence of the corporate seal, or a facsimile thereof, attested by the secretary or assistant secretary of the corporation, or other officer to whom the bylaws or the directors have delegated the responsibility for authenticating records of the corporation, shall attest:

   a) That the corporate seal or facsimile thereof affixed to the document is in fact the seal of the corporation of true facsimile thereof, as the case may be;

   b) That any officer of the corporation executing the document does in fact occupy the official position indicated, that one in such position is duly authorized to execute such document on behalf of the corporation, and that the signature of such officer subscribed thereto is genuine; and

   c) That the execution of the document on behalf of the corporation has been duly authorized.

3. A copy of the warranty deed that reflects the current owner(s) of the property.

4. A current legal description of the subject property.

5. A copy of the paid tax receipt for the subject property or a statement signed by an official in the Tax Commissioner's Office or other official document issued by the Tax Commissioner's Office indicating the taxes have been paid. Properties with delinquent taxes may be withdrawn by the staff, or may be delayed or denied by the Board of Commissioners'.

6. Statement of proposed site improvements (i.e., grading, tree removal, paved parking, detention facilities, additions to house or other permitted structure, etc.) to the subject property. If no site improvements are proposed, a copy of a current survey of the property drawn to scale and stamped by a **registered engineer, architect, land planner** or **land surveyor** shall be required. In the event of any proposed site improvements, all requirements of Item 7 shall apply.

7. A copy of current plot plan and current boundary survey drawn to scale and stamped by a **registered engineer, architect, land planner** or **land surveyor** currently registered in accordance with applicable state laws. These plans must include: a) north arrow; b) land lot lines; c) district lines; d) lot lines; e) angles; f) bearing and distances; g) adjoining street with right-of-way (present and proposed); h) paving widths; i) the exact size and location of all buildings along with intended use; j) buffer areas; k) parking spaces; l) lakes and streams; m) utility easements; n) limits of the 100-year floodplain and acreage of floodplain; o) cemeteries; p) wetlands; and q) access points; and r) stream buffers (minimum 50' buffer).

   **NOTE: Five (5) drawings shall be no larger than 36" x 48" and two (2) copies must be 8 ½" x 11".**

8. A petition form for Consent of Contiguous Occupants or Land Owners is provided.

9. Applicant, or representative for applicant, **must** attend the Zoning Hearing. Failure to attend may result in dismissal with prejudice, rejection of the application or continuance of the hearing at the Board's sole discretion.

10. If the property is or will be on septic tank, contact the Cobb County Health Department. Approval must be obtained prior to filing of the application for land use.

11. Application Fee- $1,000.00 (Please note: The Board of Commissioners has authorized the Zoning Division to charge a consultant review fee for applications involving telecommunications towers and/or facilities. This fee must be paid when this application is submitted. Please contact the Zoning Division for more information about this fee). Make all checks payable to "Cobb County".

12. In addition to the application fee, there is a **deposit of $300.00** for signs, which will be refunded if signs are returned within **thirty *(30)*** days after the final decision by the Board of Commissioners. The signs **must** be returned to qualify for the refund. There will also be a fee of **$9.00 per sign** issued by the Zoning Division; this fee **will not** be refunded. Only the person or entity that originally paid the sign deposit shall be entitled to the refund once the signs are returned.

13. Signs provided by the Zoning Division, **must** be posted on or near the right-of-way of the nearest public street thirty (30) days before the public hearing. Signs **must** be posted every 500 feet of public road frontage. Failure to post and maintain signs continuously may prohibit consideration of the application at any scheduled public hearing. It is the responsibility of the applicant to ensure that signs remain posted throughout the advertising period, **including the day of the public hearings and to remain posted until the final decision by the Board of Commissioners.**


(Continued on the next page)

14. It shall be the duty of the applicant/representative to notify in writing regarding a pending Special Land Use Application to all property owners within a ***1,000-foot radius*** of the subject property being rezoned as shown on the most current tax records. Such notice shall be satisfied by the applicant/representative mailing a copy of the application and proposed site plan to the property owners within a 1,000-foot radius of the subject property by ***first class mail***. The applicant/representative shall also be required to file with the Zoning Division, a ***certificate of mailing*** from the United States Post Office verifying the attempt to notify all the property owners within a 1,000-foot radius of the property. The certificate of mailing **<u>must</u>** be submitted to the Zoning Division no later than 12:00 noon on Wednesday of the week preceding the Planning Commission Zoning Hearing for which the application is scheduled to be considered.

15. In addition to the above requirements, all retail/commercial, office/institutional and industrial uses must also comply with the Cobb County Architectural Guidelines for development, redevelopment or building renovations.

**NOTES:** **NO APPLICATION WILL BE ACCEPTED BY THE ZONING DIVISION UNLESS FILLED OUT IN ITS ENTIRETY, ALONG WITH ALL <u>STAMPED</u> SITE PLANS AND BOUNDARY SURVEYS.**

**EACH SITE WILL BE INSPECTED BY COBB COUNTY ZONING STAFF TO INSURE SPECIAL LAND USE PERMIT SIGN(S) HAVE BEEN PROPERLY POSTED.**

* Special Land Use Permit fees adopted by the Board of Commissioners on 09-28-10.

**Revised: December 19, 2014**

# Application for Special Land Use Permit Cobb County, Georgia

(Cobb County Zoning Division – 770-528-2035)

Application No.________________

PC Hearing Date: ____________

BOC Hearing Date:____________

Applicant ____________________________________ Phone # ________________________

(applicant 's name printed)

Address ______________________________________ E-mail _________________________

________________________________ Address _______________________________________

(representative's name, printed)

________________________________ Phone #______________ E-mail ____________________

(representative's signature)

Signed, sealed and delivered in presence of:

________________________________ My commission expires: __________________

Notary Public

---

Titleholder ____________________ Phone #_______________ E-mail ___________________

(titleholder's name, printed)

Signature ______________________ Address _______________________________________

(attach additional signature, if needed)

Signed, sealed and delivered in presence of:

________________________________ My commission expires: __________________

Notary Public

---

Present Zoning ___________________________ Size of Tract ________________ Acre(s)

For the Purpose of ___________________________________________________________

Location ____________________________________________________________________

(street address, if applicable; nearest intersection, etc.)

Land Lot(s) _________________________________________ District(s) _______________

---

We have investigated the site as to the existence of archeological and/or architectural landmarks. I hereby certify that there are/are no such assets. If any exist, provide documentation with this application.

____________________________________

(applicant's signature)

We have investigated the site as to the existence of any cemetery located on the above property. I hereby certify that there is/is not such a cemetery. If any exist, provide documentation with this application.

____________________________________



(applicant's signature)

# CONSENT OF CONTIGUOUS OCCUPANTS OR LAND OWNERS
# TO ACCOMPANY APPLICATION FOR SPECIAL LAND USE PERMIT

By signature, it is hereby acknowledged that I give my consent/or have no objection that ______________ ________________________________ intends to make an application for a Special Land Use Permit for the purpose of ________________________________________________on the premises described in the application.

| | Signature | Printed name | Address |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

**(Attach additional pages if necessary)** ***Revised October 1, 2009***

# PROPERTY/FINANCIAL DISCLOSURE REPORT[1] BY APPLICANT[2]

**(A separate form must be completed by each applicant* - please see definition below)**

Does any member of the Board of Commissioners or Planning Commission have a property interest (direct or indirect ownership, including any percentage of ownership less than total) in the subject property?______________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

If so, describe the nature and extent of such interest:_________________________________________
______________________________________________________________________________
______________________________________________________________________________

Does any member of the Board of Commissioners or Planning Commission have a financial interest (direct ownership interests of the total assets or capital stock where such ownership interest is ten percent (10%) or more) of a corporation, partnership, limited partnership, firm, enterprise, franchise, association, or trust, which has a property interest (direct or indirect ownership, including any percentage of ownership less than total) upon the subject property?____________________________________________________________

If so, describe the nature and extent of such interest: _________________________________________
______________________________________________________________________________
______________________________________________________________________________

Does any member of the Board of Commissioners or Planning Commission have a spouse, mother, father, brother, sister, son or daughter who has any interest as described above?______________________________

If so, describe the relationship and the nature and extent of such interest:_____________________________
______________________________________________________________________________
______________________________________________________________________________

I certify that the foregoing information is true and correct, this __________day of _____________, 20_______.

________________________________
Applicant's Signature

[1]If the answer to any of the above is "Yes," then the member of the Board of Commissioners or Planning Commission must immediately disclose the nature and extent of such interest, in writing, to the Board of Commissioners of Cobb County, Georgia. A copy should be filed with this application. Such disclosures shall be a public record and available for public inspection at any time during normal working hours.

[2]Applicant means any person who applies for a rezoning action and any attorney, or other person representing or acting on behalf of a person who applies for a rezoning action.

# CAMPAIGN DISCLOSURE REPORT[1] BY APPLICANT[2]

## (A separate form must be completed by each applicant* - please see definition below)

Has the applicant[2] made, within two (2) years immediately preceding the filing of this application for rezoning, campaign contributions aggregating two hundred fifty dollars ($250.00) or more or made gifts having in the aggregate a value of two hundred fifty dollars ($250.00) or more to a member or members of the Board of Commissioners or Planning Commission who will consider the application?

______________________________________________________________________________

If so, the applicant and the attorney representing the applicant must file a disclosure report with the Board of Commissioners of Cobb County within ten (10) days after this application is first filed.

Please apply the following information that will be considered as the required disclosure:

The name of the member(s) of the Board of Commissioners or Planning Commission to whom the campaign contribution or gift was made: ______________________________________________________
______________________________________________________________________________

The dollar amount of each campaign contribution made by the applicant to the member(s) of the Board of Commissioners or Planning Commission during the two (2) years immediately preceding the filing of this application and the date of each such contribution:_____________________________________
______________________________________________________________________________
______________________________________________________________________________

An enumeration and description of each gift having a value of two hundred fifty dollars ($250.00) or more made by the applicant to the member(s) of the Board of Commissioners or Planning Commission during the two (2) years immediately preceding the filing of this application:________________________________
______________________________________________________________________________
______________________________________________________________________________

I certify that the foregoing information is true and correct, this _________day of ___________20_______.

______________________________
Applicant's Signature

[1]If the answer to any of the above is "Yes," then the member of the Board of Commissioners or Planning Commission must immediately disclose the nature and extent of such interest, in writing, to the Board of Commissioners of Cobb County, Georgia. A copy should be filed with this application. Such disclosures shall be a public record and available for public inspection at any time during normal working hours.

[2]Applicant means any person who applies for a rezoning action and any attorney or other person representing or acting on behalf of a person who applies for a rezoning action.

# Additional instructions for the Special Land Use Permit applicant

**CASE NUMBER**
Your case number identifies your specific case. Please include this case number on any future e-mails, faxes, submissions, letters, plans, petitions, phone messages, etc.

**NOTICE SIGNS**
For Special Land Use Permits you will be issued one type of sign (grey in color). Post the sign on your property, near the road. The sign should face the road and should not be obscured by trees, bushes, cars, fences, etc. You may be issued more than one sign based on the linear-feet of the road frontage (1 sign per every 500 feet), or number of road frontages for the property. The sign should be posted in a manner that prevents signs from falling down, blowing away, curling or other damage to the signs (one example: a plywood backing with posts in the grounds). It is your responsibility to ensure the signs are posted properly every required day. Failure to properly post signs may cause a delay in hearing your request, and/or may result in the denial of your request. If the signs are lost or stolen, please visit the Zoning Division for additional signs at no charge. **BRING THE SIGN BACK TO THE ZONING DIVISION THE DAY AFTER THE FINAL ZONING DECISION BY THE BOARD OF COMMISSIONERS. Only the person or entity that originally paid the sign deposit is entitled to the refund amount.**

**APPLICANT MEETING FOR SPECIAL LAND USE PERMIT**
An applicant meeting will be set up after your application is accepted. This meeting is generally held a week and a half after the last filing date. You will be meeting with County Staff, which includes representatives from the Department of Transportation, the Water & Sewer Department, the Stormwater Management Division, the Fire Department, Planning Division and the Zoning Division. At this meeting, the County Staff is gathering basic information about the proposal. Additionally, the County Staff will let you know what will be required if your application is approved.

**MAIL NOTIFICATION REQUIREMENT**
Part of the requirements of the special land use permit process is for the applicant to notify all property owners in writing via first class mail, within 1000-feet of all property lines. Said notification is required to be postmarked 14 calendar days prior to the Planning Commission Hearing. The applicant shall submit to the Zoning Division a Certificate of Mailing from the United States Post Office by noon on the Wednesday of the week preceding the Planning Commission Zoning Hearing. Failure to properly mail notices may cause a delay in hearing your request, and/or may result in the denial of your request.

**HEARING LOCATION**
All hearings will take place at 100 Cherokee Street, Marietta, GA 30060, in the second floor Commissioners Meeting Room.

**STAFF RECOMMENDATIONS**
The County Staff only makes recommendations on special land use permits. The County Staff you've met with at the applicant meeting will submit written comments and recommendations to the Planning Commission and the Board of Commissioners prior to the hearings. The comments and recommendations are available by noon a week prior to the Planning Commission hearing. These may be picked up in person, or printed from the County's website at http://zoning.comdev.cobbcountyga.gov/index.htm. County Staff strongly recommends you get a copy of your recommendation before the hearing and you visit the Zoning Division before the zoning hearing to look through the file for opposition letters, or letters from concerned neighbors. County Staff recommends you try to compromise or work-out any concerns the opposition may have.

**(Continued on the next page)**

**PLANNING COMMISSION (PC) ZONING HEARING**

You are required to be present by 9:00 a.m. on the advertised hearing day. The hearing starts at 9:00 a.m. on the advertised day. County Staff cannot estimate what time your case will be heard; Signify you are present when your case is called and go to the front of the meeting room to be sworn-in. You will have a total of 10-minutes to state your case. Please state your entire case, because there is not any reserved time or rebuttal time. The PC may ask questions, if needed. Then, the opposition, if any, will make a 10-minute presentation. Based on the Staff recommendation, applicant's testimony, and opposition's testimony, or other information the PC will deliberate and make a recommendation to the Board of Commissioners to approve, deny, delete, hold, or continue the case.

**BOARD OF COMMISSIONERS' (BOC) ZONING HEARING**

You are required to be present by 9:00 a.m. on the advertised hearing day. The BOC hearing process is very similar to the PC Zoning Hearing. At this hearing the recommendations of County Staff, the PC, the applicant's testimony, other information and the opposition's testimony are taken into account to make a final decision on the rezoning proposal. Official zoning hearing minutes will be available generally within two weeks after the BOC zoning hearing via the County Clerks webpage.

***NOTE: The information contained in these instructions is general in nature. Please contact the Cobb County Zoning Division at 770-528-2035 if there is a specific question. Please see the Applications for your process and the Cobb County Code for more specific information about the rezoning process. There is no guarantee your requested action will be approved.***

Cobb County Community Development Agency
Zoning Division
1150 Powder Springs Street, Suite 400
Marietta, GA 30064
770-528-2035

# COBB COUNTY COMMUNITY DEVELOPMENT

## 2015 ZONING HEARING SCHEDULE

| LAST FILING DAY | POST SIGNS | PLANNING COMMISSION HEARING | BOARD OF COMMISSIONERS HEARING |
|---|---|---|---|
| 12-04-14 | 01-04-15 | 02-03-15 | 02-17-15 |
| 01-02-15* | 02-01-15 | 03-03-15 | 03-17-15 |
| 02-05-15 | 03-08-15 | 04-07-15 | 04-21-15 |
| 03-05-15 | 04-05-15 | 05-05-15 | 05-19-15 |
| 04-02-15 | 05-03-15 | 06-02-15 | 06-16-15 |
| 05-07-15 | 06-07-15 | 07-07-15 | 07-21-15 |
| 06-04-15 | 07-05-15 | 08-04-15 | 08-18-15 |
| 07-02-15 | 08-02-15 | 09-01-15 | 09-15-15 |
| 08-06-15 | 09-06-15 | 10-06-15 | 10-20-15 |
| 09-03-15 | 10-04-15 | 11-03-15 | 11-17-15 |
| 10-01-15 | 11-01-15 | 12-01-15 | 12-15-15 |
| No Last Filing Date In November | N/A | No January Hearing | |
| 12-03-16 | 01-03-16 | 02-02-16 Tentative | 02-16-16 Tentative |

* Not on regular scheduled day or time.

The last filing day is on the first Thursday of each month until 4:00 p.m.

Zoning Meetings start at 9:00 a.m. on Tuesday's (unless otherwise indicated) and are held in the Commissioner's Meeting Room, 2nd Floor of the Cobb County Building A, 100 Cherokee Street, Marietta, Georgia.

Revised: December 19, 2014

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing Stipulation Supplementing Record Materials (Exhibit H) with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Debra Blair
Deborah Dance
William Rowling
Ellen Smith

Dated September 28, 2017.

/s/ Scott E. Morris
Scott E. Morris
Georgia Bar No. 004782
smorris@hnzw.com
Holt Ney Zatcoff & Wasserman, LLP
100 Galleria Parkway, Suite 1800
Atlanta, GA 30339-5960
770-956-9600 (phone)
770-956-1490 (fax)
*Attorneys for Plaintiff*